# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
SEP 20 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| UNITED STATES OF AMERICA, | Case No. 13CR3481-BTM |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| VARDGES VARDANYAN (18) | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__ Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, with prejudice; or

__ the Court has dismissed the case for unnecessary delay; or

_x_ the Court has granted the motion of the Government for dismissal, without prejudice; or

__ the Court has granted the motion of the defendant for a judgment of acquittal; or
__ a jury has been waived, and the Court has found the defendant not guilty; or

__ the jury has returned its verdict, finding the defendant not guilty;

_x_ of the offenses as charged in the Indictment:

18:1349; 18:982(a)(2) – Conspiracy to Commit Bank Fraud; Criminal Forfeiture

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 9/20/2016

Hon. Mitchell D. Dembin
United States Magistrate Judge